In the Matter of BOARD OF EDUCATION OF THE NEW PALTZ CENTRAL SCHOOL DISTRICT, Appellant, v MICHELLE C. DONALDSON, as Commissioner of Human Rights, et al., Respondents.

Submitted February 4, 2008; decided March 25, 2008

Motion by the New York State School Boards Association for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of PEDRO JASON WILLIAM M. and Others, Infants. PEDRO M., Appellant; EPISCOPAL SOCIAL SERVICES et al., Respondents.

Submitted February 11, 2008; decided March 25, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIEZER CINTRON, Appellant.

Submitted February 11, 2008; decided March 25, 2008

Motion for leave to appeal denied on the ground that an appeal lies as of right. Motion for poor person relief dismissed as academic.